448 A.2d 1156

Mauta, Appellant v. Gettz and Long.
Petition for Allowance of Appeal Denied Jan. 7, 1983.

Argued December 1, 1980.
Hal F. Doig, for appellant; Daniel Sherry, for Gettz, appellee; Michael J. Pepe, Jr., for Long, appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Appellant's Petition to Remit the Record for a Hearing on After-Discovered Evidence is hereby denied and the Judgment of the Court of Common Pleas of Delaware County is affirmed.

448 A.2d 1156

Rafn v. Rafn, Appellant.

Argued May 3, 1982. George A. Hahalis, for appellant; Richard J. Shiroff, for appellee.

Before SPAETH, ROWLEY and CIRILLO, JJ.

Order affirmed.